PDR NO. _____

APPEAL NO. 01-13-00295-CR

FILED IN
COURT OF CRIMINAL APPEALS

OCT 0? 2015

Abel Acosta, Clerk

EDWARD FLORES,
  APPELLANT,

Vs.

THE STATE OF TEXAS,
  APPELLEE.

§
§
§
§
§
§
§

IN THE COURT OF CRIMINAL

APPEALS AT AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 02 2015

Abel Acosta, Clerk

### MOTION TO FILE A SINGLE COPY

COMES NOW, Edward Flores, TDCJ #01848741, Appellant in the above -styled and -numbered cause and files his motion for seek this Honorable Court's permission to file a single copy within this Court, and shows this Court GOOD CAUSE to GRANT this motion as follows:

1· The Appellant is currently incercerated in the TDCJ-CID Coffield unit in Anderson County, Texas, and is indigent.

2· The Coffield unit does not allow for inmates to have access to a copy machine, and cannot provide this Honorable Court with the required copies at hand.

3· The Appellant is without counsel for his help, and cannot ask for him to provide copies to this Honorable court.

### PRAYER FOR RELIEF

Appellant prays that this Honorable Court will GRANT this motion and order to clerk of the court to provide each party with a copy of the filed documents provide by the Appellant.

X _Edward Flores_ _____
Edward Flores
#01848741-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

1

## INMATE DECLARATION

I, Edward Flores, TDCJ #01848741, currently incarcerated in the TDCJ-CID Coffield unit in Anderson County, Texas, declares that the foregoing is true and correct under the penalty of perjury. Executed this day of September 26, 2015.

X ~~Edward Flores~~
Edward Flores
#01848741-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

## PROOF OF MAILING

I, Edward Flores, TDCJ #01848741, have placed this motion for an extention of time to file his motion for rehearing, into the internal mailing system of the Coffield unit in Anderson County unit in Anderson County on September 26, 2015. This is true and correct under the penalty of perjury. Executed this day of September 26, 2015.

X ~~Edward Flores~~
Edward Flores
#01848741-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.